No. 98–8079.  LAYTON *v.* GENERAL MOTORS CORP. ET AL., *ante*, p. 1072;

No. 98–8148.  SIDLES *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL., *ante*, p. 1055; and

No. 98–8448.  IN RE YOUNGBEAR, *ante*, p. 1049.  Petitions for rehearing denied.

## MAY 25, 1999

No. 98–9143.  COX *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari dismissed under this Court's Rule 46.

No. A–992.  WISE *v.* MISSOURI ET AL.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 98–9540 (A–991).  IN RE WISE.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 98–9527 (A–971).  WISE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

No. 98–9536 (A–986).  HARPER *v.* PARKER, WARDEN.  C. A. 6th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.  Certiorari denied.

## JUNE 1, 1999

No. 98–8863.  ANTEL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.